# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2013

146643

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DAULYS CHICO-POLO,
   Plaintiff-Appellant,

v

SC: 146643
COA: 307804
Ingham CC: 11-001026-AW

DEPARTMENT OF CORRECTIONS,
   Defendant-Appellee.

_____/

  On order of the Court, the application for leave to appeal the January 8, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2013



Clerk

p0925